UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT RUSSELL DREW,<br><br>    Plaintiff,<br><br>vs.<br><br>LEXINGTON CONSUMER ADVOCACY, LLC,<br><br>    Defendant. | Case No: C 16-00200 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order Accepting Report and Recommendation,

    IT IS HEREBY ORDERED THAT final judgment in favor of Plaintiff in the amount of $6,000 shall be entered against Defendant Lexington Consumer Advocacy, LLC.

    IT IS SO ORDERED.

Dated: 9/2/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge